

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00056-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 346th District Court |
| | § | |
| ANNA LUISA KELL, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2013DCV2275) |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 6, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 6, 2014.**

IT IS SO ORDERED this 21st day of May, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.